**IN THE CIRCUIT COURT OF HOWELL COUNTY, MISSOURI**
**CIRCUIT DIVISION**

ELIZABETH HALE,                )
       Plaintiff,                       )
                                             )
vs.                                             ) Case No. _____
                                             )
WAL-MART STORES EAST, L.P.,    )
       Defendant.                      )

## PETITION

COMES NOW the Plaintiff, Elizabeth Hale, and for her Petition states:

1. That this cause of action accrued in Howell County, Missouri.

2. That Defendant is a corporation licensed to do business, doing business and capable of suing and being sued in the State of Missouri.

3. That on March 27, 2019, Defendant owned and operated a supercenter store in West Plains, Missouri.

4. That on the date aforementioned, there was water on the floor of Defendant's store and as a result the floor was not reasonably safe.

5. That Defendant knew or by using ordinary care could have known of the condition.

6. That Defendant failed to use ordinary care to remove, barricade, remedy or warn of the condition aforementioned.

7. That as a direct and proximate result of the failures of Defendant as set forth above, Plaintiff slipped and fell in the water on the floor of Defendant's store and

1

sustained damage and injuries to her right ankle, chronic pain of the right ankle, sprain of the talo-fibular ligament, said injuries causing Plaintiff to incur medical care expenses in the past and in the future, said injuries interfering with her ability to perform the work and other activities which she could perform before the occurrence without pain, limitations or restrictions, said injuries interfering with her ability to perform the non-work activities which she could perform prior to the occurrence without pain, limitations or restrictions, said injuries interfering with her ability to work and causing her to incur lost earnings in the past and the future, and said injuries causing her pain and suffering in the past and in the future.

8. That the amount in controversy exclusive of interest and costs does not exceed $75,000.

WHEREFORE, Plaintiff prays for damages and judgment against Defendant in a just and reasonable sum commensurate with the amount of injuries and damages sustained by Plaintiff herein not to exceed $75,000; for her costs herein expended; and for such other and further relief and orders as the Court may deem just and proper in the premises.

                                       __/s/ H. Lynn Henry_____
                                       H. Lynn Henry      #23679
                                       1207 Porter Wagoner Blvd.
                                       P.O. Box 617
                                       West Plains, MO  65775
                                       417-256-8133      Phone
                                       417-256-8969      Fax
                                       ATTORNEYS FOR PLAINTIFF

Electronically Filed - Howell - September 13, 2019 - 01:59 PM

**LAW OFFICES OF**
**HENRY & WILLIAMS, P.C.**
1207 PORTER WAGONER
P.O. BOX 617
WEST PLAINS, MISSOURI 65775

**HAROLD L. HENRY**
*(1924-2007)*
**H. LYNN HENRY**
**ROY E. WILLIAMS, JR.***
**NIKKI KINDER**

October 22, 2019

Telephone 417-256-8133
FAX 417-256-8969

*Also Licensed in Arkansas

**VIA ECF**
Howell County Circuit Clerk

    RE:   *Elizabeth Hale vs. Wal-Mart Stores East, L.P.*
            Case No. 19AL-CC00119

Dear Sir or Madam:

    We are writing to request that you issue summons for Defendant, Wal-Mart Stores East. L.P., as follows:

    Wal-Mart Stores East, L.P
    R/A: CT Corporation System
    120 South Central Avenue
    Clayton, MO 63105

    Thank you for your attention to this matter.

                              Very Truly Yours,

                              */s/ H. Lynn Henry*

                              H. Lynn Henry

HLH/ads



# IN THE 37TH JUDICIAL CIRCUIT, HOWELL COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>STEVEN A PRIVETTE | Case Number: 19AL-CC00119 |
| Plaintiff/Petitioner:<br>ELIZABETH ANN HALE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>HAROLD LYNN HENRY<br>P O BOX 617<br>WEST PLAINS, MO 65775-0617 |
| Defendant/Respondent:<br>WAL-MART STORES EAST, L.P. | Court Address:<br>HOWELL COUNTY CIRCUIT COURT<br>106 COURTHOUSE<br>WEST PLAINS, MO 65775 |
| Nature of Suit:<br>CC Pers Injury-Other | |

*FILED*

*10/23/2019*

*Suzanne Adams*
*Circuit Clerk, Howell County Mo*

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** WAL-MART STORES EAST, L.P.
**Alias:**
**120 SOUTH CENTRAL AVENUE**        RA: CT CORPORATION SYSTEM
**CLAYTON, MO 63105**

*COURT SEAL OF*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*HOWELL COUNTY*

_____10-23-2019_____          _____/s/ Suzanne Adams, Circuit Clerk_____
            Date
                                                                **By: Kerry Bussell, Deputy Clerk**

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
    Printed Name of Sheriff or Server                               Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____          _____
                                    Date                                      Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 19-SMCC-395**     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:19-cv-03415-MDH   Document 1-1   Filed 12/06/19   Page 5 of 8



# IN THE 37TH JUDICIAL CIRCUIT, HOWELL COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division: STEVEN A PRIVETTE | Case Number: 19AL-CC00119 | |
| Plaintiff/Petitioner: ELIZABETH ANN HALE | Plaintiff's/Petitioner's Attorney/Address HAROLD LYNN HENRY  23679 P O BOX 617 WEST PLAINS, MO 65775-0617 | **FILED** 10/23/2019 Suzanne Adams Circuit Clerk, Howell County Mo |
| vs. | | |
| Defendant/Respondent: WAL-MART STORES EAST, L.P. | Court Address: HOWELL COUNTY CIRCUIT COURT 106 COURTHOUSE WEST PLAINS, MO 65775 | |
| Nature of Suit: CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **WAL-MART STORES EAST, L.P.**
Alias:
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105          RA: CT CORPORATION SYSTEM

COURT SEAL OF    30 CTCORe

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

HOWELL COUNTY

_____10-23-2019_____        /s/ Suzanne Adams, Circuit Clerk
        Date

        By: Kerry Bussell, Deputy Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
  LCW - B. LOVE (name)  INTAKE SPECIALIST (title).
☐ other: _____

CT CORPORATION (address)

Served at St. Louis County in _____ (County/City of St. Louis), MO, on NOV 08 2019 (date) at 9 A.M. (time).

Tiffany Mooney
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)
My commission expires: _____
        Date        Notary Public

ST. LOUIS COUNTY SHERIFF'S OFFICE RECEIVED 2019 NOV 01 PM 12:56

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ ( ____ miles @ $ ____ per mile) |
| Total | $ |

NOV 01 2019

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

11/6 SB

19-SMCC-10215

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 19-SMCC-395    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - Howell - November 13, 2019 - 11:57 AM

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:

SERVICE PARTY:    HAROLD LYNN HENRY, Attorney for Plaintiff
SERVICE EMAIL:    april@henrylawfirm.com, lynn@henrylawfirm.com